UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

In re: MOORE, JEFFREY DALE § Case No. 12-42645
MOORE, KAY LYNN §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 22, 2012. The undersigned trustee was appointed on March 22, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        10,135.00

    Funds were disbursed in the following amounts:
    Payments made under an
       interim distribution                                          0.00
    Administrative expenses                                         28.56
    Bank service fees                                              115.34
    Other payments to creditors                                      0.00
    Non-estate funds paid to 3rd Parties                             0.00
    Exemptions paid to the debtor                                    0.00
    Other payments to the debtor                                     0.00

    Leaving a balance on hand of[1]         $         9,991.10

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/26/2012 and the deadline for filing governmental claims was 09/18/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,763.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,763.50, for a total compensation of $1,763.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $378.86, for total expenses of $378.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/28/2013          By:/s/E. Rebecca Case
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 12-42645
Case Name: MOORE, JEFFREY DALE
MOORE, KAY LYNN
Period Ending: 02/28/13

Trustee: (450205) E. Rebecca Case
Filed (f) or Converted (c): 03/22/12 (f)
§341(a) Meeting Date: 04/23/12
Claims Bar Date: 12/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home at 5818 Valley View, House Sp | 119,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Timeshare with Lost Val ly Lake. Purchased in 19 | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | 3 Checking accounts with US Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1 wedding band and costume jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1 wedding band | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term insurance through employer | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term insurance through American income | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 Ford Sporttrack with 72,000 miles | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2011 Ford Fusion with 22,000 miles | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1999 Kenworth with 969,000 miles used for Debtor | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2011 Federal Tax Refund (u) | 8,629.00 | 8,629.00 |  | 8,629.00 | FA |
| 14 | 2011 State Tax Refund (u) | 1,506.00 | 1,506.00 |  | 1,506.00 | FA |
| 14 | Assets Totals (Excluding unknown values) | $160,685.00 | $10,135.00 |  | $10,135.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** November 30, 2013     **Current Projected Date Of Final Report (TFR):** February 28, 2013 (Actual)

Printed: 02/28/2013 03:14 PM     V.13.12

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-42645 | | Trustee: | E. Rebecca Case (450205) |
|---|---|---|---|---|
| Case Name: | MOORE, JEFFREY DALE | | Bank Name: | The Bank of New York Mellon |
| | MOORE, KAY LYNN | | Account: | 9200-******76-66 - Checking Account |
| Taxpayer ID #: | **-***1931 | | Blanket Bond: | $7,000,000.00  (per case limit) |
| Period Ending: | 02/28/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/12 | | Jeffrey Moore | Split Asset #13 federal refund $8629 and Asset #14 state refund $1506 | | 10,135.00 | | 10,135.00 |
| | {13} | | Federal income tax refund 2011   8,629.00 | 1224-000 | | | 10,135.00 |
| | {14} | | State income tax refund 2011   1,506.00 | 1224-000 | | | 10,135.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,110.00 |
| 10/09/12 | 101 | STONE, LEYTON & GERSHMAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/09/2012 FOR CASE #12-42645, Reimburse SL&G for bond payment to International Sureties LTD | 2300-000 | | 28.56 | 10,081.44 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,056.44 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,031.44 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,006.44 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001045020588 20130110 | 9999-000 | | 10,006.44 | 0.00 |

| | ACCOUNT TOTALS | 10,135.00 | 10,135.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 10,006.44 | |
| | Subtotal | 10,135.00 | 128.56 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $10,135.00 | $128.56 | |

{} Asset reference(s)

Printed: 02/28/2013 03:14 PM   V.13.12

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-42645 | | Trustee: | E. Rebecca Case (450205) |
|---|---|---|---|---|
| Case Name: | MOORE, JEFFREY DALE | | Bank Name: | Rabobank, N.A. |
| | MOORE, KAY LYNN | | Account: | ****714166 - Checking Account |
| Taxpayer ID #: | **-***1931 | | Blanket Bond: | $7,000,000.00  (per case limit) |
| Period Ending: | 02/28/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,006.44 | | 10,006.44 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 15.34 | 9,991.10 |
| | | | ACCOUNT TOTALS | | 10,006.44 | 15.34 | $9,991.10 |
| | | | Less: Bank Transfers | | 10,006.44 | 0.00 | |
| | | | Subtotal | | 0.00 | 15.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $15.34 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******76-66 | 10,135.00 | 128.56 | 0.00 |
| Checking # ****714166 | 0.00 | 15.34 | 9,991.10 |
| | $10,135.00 | $143.90 | $9,991.10 |

{} Asset reference(s)

Printed: 02/28/2013 03:14 PM   V.13.12

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 26, 2012

**Case Number:** 12-42645
**Debtor Name:** MOORE, JEFFREY DALE

Page: 1

**Date:** February 28, 2013
**Time:** 03:14:56 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | E. REBECCA CASE<br>STONE, LEYTON & GERSHMAN<br>7733 FORSYTH BLVD., SUITE 500<br>ST. LOUIS, MO 63105 | Admin Ch. 7 | | $1,763.50 | $0.00 | 1,763.50 |
| 200 | E. REBECCA CASE<br>STONE, LEYTON & GERSHMAN<br>7733 FORSYTH BLVD., SUITE 500<br>ST. LOUIS, MO 63105 | Admin Ch. 7 | Copy & Postage Expenses | $54.86 | $0.00 | 54.86 |
| 200 | E. REBECCA CASE<br>STONE, LEYTON & GERSHMAN<br>7733 FORSYTH BLVD., SUITE 500<br>ST. LOUIS, MO 63105 | Admin Ch. 7 | Paralegal Expense | $324.00 | $0.00 | 324.00 |
| 200 | CLERK, US BANKRUPTCY COURT<br>111 S. 10TH ST., FOURTH FLOOR<br>ST. LOUIS, MO 63102 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| 200 | STONE, LEYTON & GERSHMAN<br>A PROFESSIONAL CORPORATION<br>7733 FORSYTH BLVD., SUITE 500<br>ST. LOUIS, MO 63105 | Admin Ch. 7 | | $1,406.00 | $0.00 | 1,406.00 |
| 200 | STONE, LEYTON & GERSHMAN<br>A PROFESSIONAL CORPORATION<br>7733 FORSYTH BLVD., SUITE 500<br>ST. LOUIS, MO 63105 | Admin Ch. 7 | | $3.30 | $0.00 | 3.30 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details1-109/20/2012Claim #1 filed by Discover Bank, Amount claimed: $4899.86 (Wadlington, Davonna)<br>Details1-210/11/2012Amended Claim #1 filed by Discover Bank, Amount claimed: $4899.86 (Wilson, Melissa)<br>-----***  | $0.00 | $0.00 | 0.00 |
| 1-2<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details1-109/20/2012Claim #1 filed by Discover Bank, Amount claimed: $4899.86 (Wadlington, Davonna)<br>Details1-210/11/2012Amended Claim #1 filed by Discover Bank, Amount claimed: $4899.86 (Wilson, Melissa)<br>-----*** | $4,899.86 | $0.00 | 4,899.86 |
| 2<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details2-109/20/2012Claim #2 filed by Discover Bank, Amount claimed: $14758.92 (Wadlington, Davonna)<br>Details2-210/11/2012Amended Claim #2 filed by Discover Bank, Amount claimed: $14758.92 (Wilson, Melissa)<br>-----*** | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: December 26, 2012

Case Number: 12-42645  
Debtor Name: MOORE, JEFFREY DALE

Page: 2

Date: February 28, 2013  
Time: 03:14:56 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 -2<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details2-109/20/2012Claim #2 filed by Discover Bank, Amount claimed: $14758.92 (Wadlington, Davonna )<br>Details2-210/11/2012Amended Claim #2 filed by Discover Bank, Amount claimed: $14758.92 (Wilson, Melissa ) | $14,758.92 | $0.00 | 14,758.92 |
| 3<br>610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details3-109/24/2012Claim #3 filed by GE Capital Retail Bank, Amount claimed: $409.12 (Singh, Ramesh ) | $409.12 | $0.00 | 409.12 |
| 4<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details4-109/24/2012Claim #4 filed by Discover Bank, Amount claimed: $3305.16 (Slusher, Darlene ) | $3,305.16 | $0.00 | 3,305.16 |
| 5<br>610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | History: Details5-109/28/2012Claim #5 filed by FIA CARD SERVICES, N.A., Amount claimed: $7584.54 (Davis, Erica ) | $7,584.54 | $0.00 | 7,584.54 |
| 6<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | History: Details6-110/13/2012Claim #6 filed by Capital One Bank (USA), N.A., Amount claimed: $14258.28 (Walls, Lovetta ) | $14,258.28 | $0.00 | 14,258.28 |
| 7<br>610 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details7-110/15/2012Claim #7 filed by Bureaus Investment Group Portfolio No 15 LLC, Amount claimed: $5636.96 (Singh, Ramesh ) | $5,636.96 | $0.00 | 5,636.96 |
| 8<br>610 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | History: Details8-111/29/2012Claim #8 filed by Capital One, N.A., Amount claimed: $1639.99 (Ryan, Courtney ) | $1,639.99 | $0.00 | 1,639.99 |
| 9<br>610 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | History: Details9-112/26/2012Claim #9 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1351.16 (Garcia, Dolores ) | $1,351.16 | $0.00 | 1,351.16 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 26, 2012

**Case Number:** 12-42645  
**Debtor Name:** MOORE, JEFFREY DALE

Page: 3

**Date:** February 28, 2013  
**Time:** 03:14:56 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 57,395.65 | 0.00 | 57,395.65 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-42645
Case Name: MOORE, JEFFREY DALE
Trustee Name: E. Rebecca Case

**Balance on hand:**  $  9,991.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  9,991.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - E. REBECCA CASE | 1,763.50 | 0.00 | 1,763.50 |
| Trustee, Expenses - E. REBECCA CASE | 378.86 | 0.00 | 378.86 |
| Attorney for Trustee, Fees - STONE, LEYTON & GERSHMAN | 1,406.00 | 0.00 | 1,406.00 |
| Attorney for Trustee, Expenses - STONE, LEYTON & GERSHMAN | 3.30 | 0.00 | 3.30 |

Total to be paid for chapter 7 administration expenses:  $  3,551.66
Remaining balance:  $  6,439.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  6,439.44

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,439.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,843.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Discover Bank | 4,899.86 | 0.00 | 586.00 |
| 2 -2 | Discover Bank | 14,758.92 | 0.00 | 1,765.08 |
| 3 | GE Capital Retail Bank | 409.12 | 0.00 | 48.93 |
| 4 | Discover Bank | 3,305.16 | 0.00 | 395.28 |
| 5 | FIA CARD SERVICES, N.A. | 7,584.54 | 0.00 | 907.07 |
| 6 | Capital One Bank (USA), N.A. | 14,258.28 | 0.00 | 1,705.21 |
| 7 | Bureaus Investment Group Portfolio No 15 LLC | 5,636.96 | 0.00 | 674.15 |
| 8 | Capital One, N.A. | 1,639.99 | 0.00 | 196.13 |
| 9 | Portfolio Recovery Associates, LLC | 1,351.16 | 0.00 | 161.59 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,439.44 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

**Rabobank**

*Rabobank, N.A.*
*90 E. Thousand Oaks Blvd., Ste 300*
*Thousand Oaks, CA 91360*

Period Covered:
January 01, 2013 - January 31, 2013
Page 1 of 2

E. Rebecca Case
7733 Forsyth
Suite 500
St. Louis MO 63105

Case Number: 12-42645
Case Name:    MOORE, JEFFREY DALE Debtor
Trustee Number: 0000450205
Trustee Name:    E. Rebecca Case Trustee

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 5003714166 | | $0.00 | $9,991.10 |
| Total | | | $0.00 | $9,991.10 |

## Notable Information For You...

iBanking from BMS - Your On-The-Go Banking Connection
BMS offers iBanking as a free service to all clients who want to know the status of their bank accounts anytime and from anywhere. Log into iBanking.bms7.com with your SmartPhone or Tablet to check balances, confirm deposits, verify debits or request interim statements quickly and easily.

Rabobank will be closed on Monday, February 18, 2013 in observance of the Presidents' Day Holiday. Any transactions conducted on 2/18/13 will be posted on the following day - Tuesday, February 19, 2013.



ERC
2-11-13

www.rabobankamerica.com
3152  rev 11-12



**Rabobank, N.A.**
*90 E. Thousand Oaks Blvd., Ste 300*
Thousand Oaks, CA 91360

Account Number: 5003714166

Period Covered:
January 01, 2013 - January 31, 2013
Page 2 of 2

E. Rebecca Case
7733 Forsyth
Suite 500
St. Louis MO 63105

Case Number: 12-42645
Case Name: MOORE, JEFFREY DALE Debtor
Trustee Number: 0000450205
Trustee Name: E. Rebecca Case Trustee

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5003714166 | **Beginning balance** | $0.00 |
| Avg collected balance | $8,404.00 | Total additions | $10,006.44 |
| | | Total subtractions | $15.34 |
| | | **Ending balance** | **$9,991.10** |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 01-31 | BANK & TECH FEE | 15.34 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 01-11 | INTERNET/PHONE TRSFR - RABOBANK MIGRATION | 10,006.44 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-11 | 10,006.44 | 01-31 | 9,991.10 | | |



www.rabobankamerica.com

Printed: 02/11/13 11:08 AM

## Bank Reconciliation Details

Page: 14

Trustee: E. Rebecca Case (450205)

Period End: 01/31/13

**Case:** 12-42645 - MOORE, JEFFREY DALE

**Bank Account:** 5003714166   (Checking Account)

| Outstanding Item Reconciliation: | |
|---|---:|
| Trustee Ledger Balance : | 9,991.10 |
| Less Deposits in Transit : | 0.00 |
| Add (Less) Net Outstanding Transfers : | 0.00 |
| Add Outstanding Checks : | 0.00 |
| Add (Less) Other Outstanding Items : | 0.00 |
| **Adjusted Ledger Balance :** | **$9,991.10** |
| (ledger balance excluding outstanding items) | |
| Bank Balance Through January 2013 : | $9,991.10 |

*2/11/13*

*2-13-13*

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
January 1 - January 31, 2013

**12-42645**
MOORE, JEFFREY DALE, DEBTOR
E. REBECCA CASE (0000450205)
TRUSTEE
7733 FORSYTH
SUITE 500
ST. LOUIS, MO 63105

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

### CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92006357487666 | | $10,006.44 | $0.00 |
| **Total** | | $10,006.44 | $0.00 |

### Important Information Regarding Your Account

IBANKING IS A FREE SERVICE TO ALL BMS CLIENTS WHO WANT TO KNOW THE STATUS OF THEIR BANK ACCOUNTS ANYTIME, ANYWHERE. VISIT IBANKING.BMS7.COM.
BNYMELLON WILL BE CLOSED ON MONDAY, FEBRUARY 18, 2013 IN OBSERVANCE OF THE PRESIDENTS' DAY HOLIDAY. ANY TRANSACTIONS CONDUCTED ON 2/18/13 WILL BE POSTED ON THE FOLLOWING DAY - TUESDAY, FEBRUARY 19, 2013.

**As of January 31, 2013, the funds for this case were on deposit in the following institutions as shown below:**

Citi                                    $0.00
**Grand Total:**                        **$0.00**

*ERC 2/5/13*

Page 1 of 2

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413



BNY MELLON

**Statement Period**
January 1 - January 31, 2013

12-42645
MOORE, JEFFREY DALE, DEBTOR
E. REBECCA CASE (0000450205)

## CHECKING ACCOUNT SUMMARY

Account No. 92006357487666

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $10,006.44 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 1 | $(10,006.44) |
| **Ending Balance** | 1 | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/10 | TRANSFER TO 0001045020588 | $(10,006.44) |  | $0.00 |
| **Totals** |  | $(10,006.44) | $0.00 |  |

**As of January 31, 2013, the funds for this account were on deposit in the following institutions as shown below:**
Citi                                    $0.00
**Grand Total:**                        **$0.00**

Printed: 02/11/13 11:08 AM                **Bank Reconciliation Details**                Page: 13

**Trustee: E. Rebecca Case (450205)**

Period End: 01/31/13

**Case:** 12-42645 - MOORE, JEFFREY DALE

**Bank Account:** 92006357487666 (Checking Account)

| **Outstanding Item Reconciliation:** | |
|---|---:|
| Trustee Ledger Balance : | 0.00 |
| Less Deposits in Transit : | 0.00 |
| Add (Less) Net Outstanding Transfers : | 0.00 |
| Add Outstanding Checks : | 0.00 |
| Add (Less) Other Outstanding Items : | 0.00 |
| **Adjusted Ledger Balance :** <br> (ledger balance excluding outstanding items) | **$0.00** |
| Bank Balance Through January 2013 : | $0.00 |

2-18-13